UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                                                DECISION AND ORDER

                                                                                                08-CR-6242L

                    v.

ERIC PERDUE,

                              Defendant.
_____

       Defendant's motion for reconsideration (Dkt. #56) of this Court's Order (Dkt. #55) denying defendant's motion for a reduction in his sentence pursuant to 18 U.S.C. § 3582 is in all respects DENIED.

       IT IS SO ORDERED.

                                                                _____
                                                                      DAVID G. LARIMER
                                                              United States District Judge

Dated: Rochester, New York
        August 23, 2010.